Case: 3:07-cv-00251-jcs   Document #: 11   Filed: 09/06/07   Page 1 of 1

Document Number 0111
Case Number 07-C-0251-S
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
09/06/2007 03:17:05 PM CDT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

SIERRA CLUB,

          Plaintiff,            PRELIMINARY PRE-TRIAL
                                     CONFERENCE ORDER
   v.

                                      07-C-251-S

MICHAEL MORGAN, JAY EHRFURTH,
JOHN WILEY and KEVIN REILLY,

          Defendants.
_____

Upon receipt of request for bifurcation of trial which is apparently agreed to by all parties and the practice of this Court,

ORDER

IT IS ORDERED that jury selection and bifurcated trial to a seven-person jury, where the issue of liability is to be determined prior to the determination of any damage, are scheduled for November 26, 2007 at 9:00 A.M., counsel to meet with the Court at 8:30 A.M. on said day to discuss voir dire and other issues related to trial.

Entered this 6th day of September, 2007.

                              BY THE COURT:

                              /s/

                              _____
                              JOHN C. SHABAZ
                              District Judge